**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00182-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BRICE E. HANNS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court *sua sponte*. On March 9, 2010, commencing at 9:00 a.m., the court is conducting a hearing on the **Joint Motion To Vacate Plea Agreement and To Permit Entry of Amended Plea Agreement** [#295] filed February 18, 2010. As a result of this hearing, the sentencing hearing set for March 5, 2010, at 11:00 a.m. should be vacated.

    **THEREFORE, IT IS ORDERED** that the sentencing hearing set for March 5, 2010, at 11:00 a.m., is **VACATED** and is **CONTINUED** until further order of this court.

    Dated: February 23, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.