# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00182-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  BRICE E. HANNS,

    Defendant.

---

# MINUTE ORDER[1]

---

    The matter comes before the court *sua sponte*. On March 9, 2010, the court set a hearing on the **Joint Motion To Vacate Plea Agreement and To Permit Entry of Amended Plea Agreement** [#295] filed February 18, 2010. After further review, the court has concluded that a hearing on this joint motion is unnecessary. Rather the court should conduct a change of plea hearing on the amended plea agreement.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the hearing on March 9, 2010, commencing at 9:00 a.m. **SHALL BE CONVERTED** to a change of plea hearing on the amended plea agreement; and

    2.  That, to the extent necessary, the U.S. Marshal shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.