IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00182-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BRICE E. HANNS,

    Defendant.

---

**MINUTE ORDER**[1]

---

On September 28, 2010, the court conducted a telephonic setting conference to set this matter for a sentencing hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 6, 2011**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 28, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.