**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00182-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  BRICE E. HANNS,

      Defendant.

---

**MINUTE ORDER**[1]

---

On April 6, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1.  That on **June 23, 2011**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  April 6, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.