**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00182-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  BRICE E. HANNS,

     Defendant.

---

## MINUTE ORDER[1]

---

     Due to a conflict on the court's calendar, the sentencing hearing set for June 23, 2011, at 10:00 a.m., is **VACATED** at that time and is **RESET** to **1:30 p.m.** on June 23, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated:  April 7, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.